1

Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam

2

P.O. Box 26360
Fresno, California 93729

3

(559) 264-2800

4

Attorney for Plaintiff

5

6

7

IN THE UNITED STATES DISTRICT COURT FOR

8

THE EASTERN DISTRICT OF CALIFORNIA

9

AT FRESNO

10

THOMAS FRISCIA                )
                              )       Civil Action No. 1:05-CV-00433 OWW LJO

11

                              )
        Plaintiff,            )       STIPULATION AND ORDER

12

                              )
vs.                           )

13

                              )
JO ANNE B. BARNHART,          )

14

Commissioner of Social        )
Security,                     )

15

                              )
        Defendant.            )

16

_____)

17

18

        IT IS HEREBY STIPULATED by and between the parties as follows: that

19

appellant be granted a 30 day extension of time, until September 20, 2005, in which to

20

serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed,

21

March 30, 2005, shall proceed under the time limit guidelines set therein.

22

/ /

23

/ /

24

/ /

25

/ /

26

/ /

27

/ /

28

/ /

1

Dated:  August 22, 2005                    /s/ Gina Fazio

2
                                           GINA FAZIO,
                                           Attorney for Plaintiff.
3
Dated: August 22, 2005
4
                                           MCGREGOR SCOTT
                                           United States Attorney
5
                                           By: /s/ Kristi C. Kapetan
6                                          (as authorized via facsimile)
                                           KRISTI C. KAPETAN
7                                          Assistant U.S. Attorney

IT IS SO ORDERED.
8
**Dated:    August 24, 2005    **          _____/s/ Lawrence J. O'Neill_____
9    b9ed48                                UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28