1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                             AT FRESNO

10 THOMAS FRISCIA            )
                             )   1:05-CV-433 OWW LJO
11                           )
          Plaintiff,         )   STIPULATION AND ORDER
12                           )
   vs.                       )
13                           )
   JO ANNE B. BARNHART,      )
14 Commissioner of Social    )
   Security,                 )
15                           )
          Defendant.         )
16 _____)

17

18         IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted an extension of time, until January 3, 2006, in which to file and serve

20 Plaintiff's Opening brief.  All remaining actions under the scheduling order filed, March

21 30, 2005, shall proceed under the time limit guidelines set therein.

22 / /

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

| | | |
|---|---|---|
| 1 | Dated:  December 5, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: December 5, 2005 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan<br>(as authorized via facsimile)<br>KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

9   IT IS SO ORDERED.

10  **Dated:    December 7, 2005**              **/s/ Lawrence J. O'Neill**
    b9ed48                                UNITED STATES MAGISTRATE JUDGE