1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  2500 Tulare Street, Ste., 4401
   Fresno, California 93721
4  Telephone: (559) 497-4036

5  Attorneys for Defendant

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9  THOMAS FRISCIA,                )   1:05-cv-0433 OWW LJO
                                   )
10              Plaintiff,         )   STIPULATION AND ORDER
                                   )   TO EXTEND TIME
11                                 )
           v.                      )
12                                 )
   JO ANNE B. BARNHART,            )
13 Commissioner of Social          )
   Security,                       )
14                                 )
                Defendant.         )
15 _____  )

16
       The parties, through their respective counsel, stipulate
17
   that defendant's time to respond to plaintiff's opening brief be
18
   extended from February 6, 2006 to March 8, 2006.
19
   ///
20
   ///
21
   ///
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27

28
                                    1

 This is defendant's first request for an extension of time to respond to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                    Respectfully submitted,

Dated: February 6, 2006

                                    /s/ Gina M. Fazio
                                    (as authorized by facsimile)
                                    GINA M. FAZIO
                                    Attorney for Plaintiff


Dated: February 6, 2006             McGREGOR W. SCOTT
                                    United States Attorney



                                    /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
                                    Assistant U.S. Attorney




     IT IS SO ORDERED.

**Dated:   February 7, 2006**              /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE

2