1  McGREGOR W. SCOTT4401
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant United States Attorney
3  2500 Tulare Street, Ste. 4401
   Fresno, CA 93721
4  Telephone No: (559) 497-4036

5  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| THOMAS FRISCIA, | ) | 1:05-cv-0433 OWW LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO EXTEND TIME |
| v. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's opening brief be extended from March 8, 2006 to April 11, 2006.

///
///
///
///
///
///
///
///

1

1    This is defendant's second request for an extension of time
2 to respond to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response
4 in this matter.

                                Respectfully submitted,

Dated: March 7, 2006
                                /s/ Gina M. Fazio
                                (as authorized via facsimile)
                                GINA M. FAZIO
                                Attorney for Plaintiff


Dated: March 7, 2006            McGREGOR W. SCOTT
                                United States Attorney


                                /s/ Kristi C. Kapetan
                                KRISTI C. KAPETAN
                                Assistant U.S. Attorney




                      IT IS SO ORDERED.

**Dated:   March 8, 2006            /s/ Lawrence J. O'Neill**
b9ed48                          UNITED STATES MAGISTRATE JUDGE

2