1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, CA 93721
   Telephone No. (559) 497-4036
5
   Attorneys for Defendant
6
               IN THE UNITED STATES DISTRICT COURT FOR THE
7
                     EASTERN DISTRICT OF CALIFORNIA
8
   THOMAS FRISCIA,                )    1:05-cv-0433 OWW LJO
9                                 )
              Plaintiff,           )
10                                )    STIPULATION AND ORDER
         v.                       )    FOR REMAND PURSUANT TO
11                                )    SENTENCE FOUR OF 42 U.S.C.
   JO ANNE B. BARNHART,            )    § 405(g), and
12 Commissioner of Social         )
   Security,                       )    REQUEST FOR ENTRY OF JUDGMENT
13                                )    IN FAVOR OF PLAINTIFF AND
              Defendant.           )    AGAINST DEFENDANT
14 _____)

15      IT IS HEREBY STIPULATED, by and between the parties, through
16 their respective counsel of record, that this action be remanded
17 to the Commissioner of Social Security for further administrative
18 action pursuant to section 205(g) of the Social Security Act, as
19 amended, 42 U.S.C. § 405(g), sentence four.
20      On remand, the Appeals Counsel will instruct an
21 Administrative Law Judge ("ALJ") to further consider the issue of
22 medical improvement with respect to the findings in the comparison
23 point decision dated January 29, 1999.
24      The parties further request that the Clerk of the Court be
25 directed to enter a final judgment in favor of Plaintiff and
26 against Defendant, Jo Ann B. Barnhart, Commissioner of Social
27 Security, reversing the final decision of the Commissioner.
28

```
                                        Respectfully submitted,

Dated: March 27, 2006                   /s/ Gina M. Fazio
                                         (As authorized via facsimile)
                                        GINA M. FAZIO
                                        Attorney for Plaintiff



Dated: March 28, 2006                   McGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Kristi C. Kapetan
                                        KRISTI C. KAPETAN
                                        Assistant U.S. Attorney
```

IT IS SO ORDERED.

**Dated:   April 6, 2006**                     **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE